ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DONALD W. YOO (SBN 227679)
Assistant United States Attorney
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Tel:    (213) 894-3994
    Fax:   (213) 894-7819
    Email: donald.yoo@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

JS - 6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA P. AGUILAR, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA; SERGIO GUITRON; and DOES 1 through 10, <br><br> Defendants. | No. SACV11-0280-CAS (MANx) <br><br> **[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** <br><br><br> Honorable Christina A. Snyder |

Pursuant to the Stipulation for Compromise Settlement and Dismissal entered into between Plaintiff Martha P. Aguilar and Defendant United States of America, IT IS HEREBY ORDERED THAT:

1. The above-captioned action is dismissed with prejudice in its entirety;
2. Each party shall bear their own costs of suit and fees;
3. The Court retains jurisdiction pending payment of the settlement.

Dated: May 3, 2011

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

*Presented by*:

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division


*/s/ Donald W. Yoo*
_____
DONALD W. YOO
Assistant United States Attorney
Attorneys for Defendant
UNITED STATES OF AMERICA